UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DONNA H. KEENAN,

    Plaintiff,

v.                              Case No: 6:17-cv-1426-Orl-40GJK

LM GENERAL INSURANCE
COMPANY,

    Defendant.
_____/

## ORDER

This cause is before the Court on Plaintiff's Motion to Remand (Doc. 11) filed on August 21, 2017. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed November 17, 2017 (Doc. 23), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Remand (Doc. 11) is **DENIED**.

**DONE AND ORDERED** in Orlando, Florida on December 7, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to: Counsel of Record